# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>TYTIANNA M. JACKSON and<br>MARQUISE D. JONES,<br><br>         Defendants. | Case No. 16-CR-135-JPS<br><br><br><br>**ORDER** |

    On December 22, 2016, the government filed a motion to reassign case number 16-CR-165, involving the defendants Jaylen Campbell and Roman Whyte, to this Court. (Docket #37). Criminal Local Rule 13 sets the requirements for such reassignment motions in this District, and the government's motion meets each of those requirements. In sum, the four defendants in these two cases participated jointly in a robbery on August 1, 2016, which is the basis for the charges against each. *Id.* at 2. Further, none of the defendants have offered any opposition to the motion. The Court will, therefore, find that these cases are related, grant the government's motion, and reassign case number 16-CR-165 from Judge Lynn Adelman to this branch of the Court. Criminal L. R. 13(c).

    Accordingly,

    **IT IS ORDERED** that the government's motion to reassign (Docket #37) be and the same is hereby **GRANTED**; the Clerk of the Court is directed to effectuate reassignment of case number 16-CR-165 to this branch of the Court in accordance with the Local Rules.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge